# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIPPE CHARRIOL INTERNATIONAL LIMITED,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>A'LOR INTERNATIONAL LIMITED, and DOES 1 through 10,<br><br>　　　　Defendants. | CASE NO. 14CV477-MMA (BGS)<br><br>**NOTICE AND ORDER PROVIDING TENTATIVE RULING REGARDING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

Presently before the Court, and set for hearing on March 14, 2014, is Plaintiff Philippe Charriol International Limited's motion for preliminary injunction. [Doc. No. 8.] Having considered the submission of the parties, and in anticipation of the upcoming hearing, the Court tentatively **DENIES** Plaintiff's motion.

The Court tentatively finds that Plaintiff has failed to meet its burden of *clearly* demonstrating that a preliminary injunction is an appropriate remedy. *See Mazurek v. Armstrong*, 520 U.S. 968, 972 (1997) ("[A] preliminary injunction is an extraordinary and drastic remedy, one that should not be granted unless the movant, *by a clear showing*, carries the burden of persuasion."). Tentatively, the Court finds that Plaintiff has not established a likelihood of success on its trademark infringement claim. Additionally, the Court tentatively finds that Plaintiff has not

1  adequately demonstrated irreparable harm, as its grievances are primarily contractual
2  in nature, and the fact that adequate compensatory relief will ultimately be available
3  in the ordinary course of litigation weighs heavily against a claim of "irreparable
4  harm." *Sampson v. Murray*, 415 U.S. 61, 90 (1974).
5        The parties are advised that this ruling is tentative and the Court will entertain
6  additional argument at the hearing on March 14, 2014.
7        **IT IS SO ORDERED.**

9  DATED:  March 14, 2014

                              Hon. Michael M. Anello
                              United States District Judge